IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RFAFAEL ALBERTO LLOVERA
LINARES,

       Petitioner,

v.                              CASE NO.4:13-cv-87-MW/CAS

DEPARTMENT OF HOMELAND
SECURITY,

       Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed April 4, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to prosecute and failure to obey a court order." The Clerk shall close the file.

SO ORDERED on April 24, 2013.

                                            s/Mark E. Walker        
                                            United States District Judge